IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

| | | |
|---|---|---|
| ROMIE D. BISHOP<br>SHIRLEY A. BISHOP<br>Plaintiff | )<br>)<br>)<br>)<br>) | Civil Action No.  05 - 656 |
| V.<br>WILLIAM C. CARPENTER, JR<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Jury Trial |

## COMPLIANT

1. William C. Carpenter is believed to be a Delaware Resident who also works as a Superior Court Judge for the State of Delaware and can be served at his job located at 500 North King Street, suite 10400, Wilmington, DE. 19801.

2. William C. Carpenter on 08-10-2005 Denied the Plaintiff Romie D. Bishop rights to a fair and equal due process, the right to call a witness who was present in Court to give testimony and read in parts of a certified Court Transcript in support of a Motion to Strike the Compliant. The Testimony and certified Court Transcript would have directly contradicted the response to Motion to Strike As allowed by rule. The testimony could have resulted in a dismissal of him from the action.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

3. William C. Carpenter on 08-10-2005 Denied the Plaintiff Shirley A. Bishop Federal Protected Rights to a fair and equal due process, the right to have a Motion for Summary Judgment heard on the date it was noticed to be heard and Docketed to be heard, as allowed by Superior Court rules of procedure. William C. Carpenter who earlier the same day attempted to force a verbal dispositive motion that he suggested the opposing counsel make and was clearly against her interest, showed prejudice against her, in clear violation of Superior Court Rules regarding Dispositive Motions then later that same day William C. Carpenter forced her Attorney to re-notice her correctly filed dispositive motion 48 days later again showing prejudice against her. It is important to take note when William C. Carpenter made or caused the call to be made to Shirley Bishop's Attorney he was not in Court and therefore does not enjoy the ABSOLUTE immunity allotted to his Job.

4. William C. Carpenter on 08-10-2005 Denied the Plaintiff Shirley A. Bishop rights to a fair due process, by forcing her Attorney via a phone call to re-notice the Motion for Summary Judgment 48 days later than filed to be heard and Docketed to be heard on 08-24-2005, creating a substantial prejudice in favor of the opposition ( Plaintiff ) in the action. Important to note that when William C. Carpenter made or caused the call to be made to Shirley Bishop's Attorney he was not in Court and therefore does not enjoy the ABSOLUTE immunity allotted to his Job.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

5. William C. Carpenter on 08-10-2005 Denied the Plaintiff Shirley A. Bishop rights to a fair due process, by forcing her Attorney to re-notice the Motion for Summary Judgment 48 days later than requested and Docketed to be heard on, creating a substantial delay in justice. Important to note that when William C. Carpenter made or caused the call to be made to Shirley Bishop's Attorney he was not in Court and therefore does not enjoy the ABSOLUTE immunity allotted to his Job.

6. William C. Carpenter on 08-10-2005 Denied the Plaintiff Shirley A. Bishop rights to a fair due process, by forcing her to incur costs that she can not afford, by making her Attorney to re-notice the Motion for Summary Judgment when he could have re- noticed himself as he has at the request of the opposing counsel twice, once after and once prior to that day. Important to note that when William C. Carpenter made or caused the call to be made to Shirley Bishop's Attorney he was not in Court and therefore does not enjoy the ABSOLUTE immunity allotted to his Job.

7. William C. Carpenter on 08-10-2005 Denied the Plaintiff Shirley A. Bishop rights to a fair due process, by forcing her to incur costs that she can not afford by verbally ordering the opposition to make a verbal a Motion to Dismiss her Company Sinex Pools Inc. the original defendant in th same action, acting with prejudice William C. Carpenter during the Motion to Strike Hearing ordered the opposing counsel make a verbal Motion to Dismiss Shirley's company but when her company's Attorney objected to that action he was verbally assaulted for an extended period and then called rude. William C. Carpenter than order the opposing counsel to file the motion to dismiss as noted on the Docket.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

8. William C. Carpenter on 09-01-2005 Denied the Plaintiff Romie D. Bishop rights to a fair due process, rights to due process, the right to have a Motion for Summary Judgment heard on the date it was noticed to be heard and Docketed for as allowed by Superior Court rules of procedure. Important to note that when William C. Carpenter caused the call to be made to Romie D. Bishop and then against Romie D. Bishop wishes imposed the new date, he was not in Court and therefore does not enjoy the ABSOLUTE immunity allotted to his Job. William C. Carpenter showed prejudice against Romie D. Bishop by not treating parties equally when he suggested and then attempted to force the verbal motion to dismiss for the opposing party then the same day personally delaying a properly filed and Docketed Motion.

9. William C. Carpenter on 09-01-2005 Denied the Plaintiff Romie D. Bishop rights to a fair due process, rights to due process, by trying to force him by a phone call, then forcing him by letter to wait 48 days later than filed and accepted for the Motion for Summary Judgment creating a substantial prejudice in favor of the opposition ( Plaintiff ) in the action. William C. Carpenter has out of his protective cover enjoyed in Court personally has greatly delayed justice for Romie D. Bishop. Justice delayed is Justice Denied.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

10. William C. Carpenter outside of the Court Room and the protection it provides him on 09-01-2005 Denied the Plaintiff Romie D. Bishop rights to a fair due process, rights to due process, by trying to force him by a phone call, then forcing him by letter to wait 48 days later than the date filed for and accepted for the Motion for Summary Judgment creating a substantial delay in justice. Important to note that when William C. Carpenter made or caused the call to be made to Shirley Bishop's Attorney he was not in Court and therefore does not enjoy the ABSOLUTE immunity allotted to his Job

11. William C. Carpenter on 07-26-2005 Denied the Plaintiff Romie D. Bishop rights to a fair due process, rights to due process, forcing him by letter to wait 14 days later than the date filed for and accepted for the Dispositive Motion to Strike/Dismiss solely due to the opposing counsel who is just one person in a law firm of many having vacation that week creating a substantial delay in justice and prejudice. Justice Delayed is Justice Denied.

12. William C. Carpenter on 07-26-2005 one day prior to the Motion hearing date of 07-27-2005 Denied the Plaintiff Romie D. Bishop rights to a fair due process, rights to due process, by forcing him by letter to wait 14 days later than the date filed for and accepted for the Motion to Strike solely do to the opposing counsel (who is only one person in a law firm) having vacation that week showing prejudice toward the opposing counsel.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

13. William C. Carpenter violated both Plaintiff's due process rights by exceeding his jurisdiction acting with prejudice when ( Only the Court of Chancery has jurisdiction for such claims ) on 05-25-2005 by breaching the Corporate Vail of Sinex Pools Inc. and allowing both the Owner and her Spouse to be added and or named to the action.

14. William C. Carpenter violated Plaintiff Romie D. Bishop Federally protected rights to a fair due process by accepting as fact and acting on self serving testimony not recorded or subject to cross examination by his case manager Ms. Aimee Bowers who was at all times acting as William C. Carpenter's agent to deny Romie D. Bishop rights as provide for in the Superior Court Rules. Ms. Bowers calling from her cell phone and apparently out of the office to try and force Romie D. Bishop to waive his rights to have a dispositive Motion heard as time guidelines of the Superior Court allow. Ms. Bowers wished to force Romie Bishop to re-notice his Motion an action he did not wish to take and refused to do, specifically the postponement of the Motion for Summary Judgment which will result in a delay of Justice and additional Burden of having to continue with the Process.

15. William C. Carpenter violated Plaintiff Romie D. Bishop to a fair due process by refusing to give him an in person hearing so that he my Judge the creditability of his version of the phone conversation initiated by his case manager Aimee Bowers who was calling from her cell phone to try and force him to take action he did not wish to take ( postponement of the Motion for Summary Judgment ) and was the subject of a written compliant filed the day before the letter of reprimand was written.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

16. William C. Carpenter letter dated 09-01-2005 has denied Plaintiff Romie D. Bishop rights to a fair due process. the content of the letter denies his right to put on a vigorous defense. William C. Carpenter letter of reprimand for an act or acts he denies creates prejudice against him as he now will not be able to vigorously put on a defense to the claims against him. William C. Carpenter letter dated 09-01-2005 has denied Plaintiff Romie D. Bishop rights to a fair due process. the content of the letter denies his right to put on a vigorous defense. William C. Carpenter letter of reprimand for an act or acts he denies creates prejudice against him as he now will not be able to vigorously prosecute counter claims he has made. wish to take ( postponement of the Motion for Summary Judgment ) and was the subject of a written compliant filed the day before the letter of reprimand was written.

17. William C. Carpenter on 08-24-2005 attempted to dismiss Sinex Pools Inc. with neither party present and after the Motion to Dismiss Sinex Pools Inc. that he ordered be filed had been re-noticed for 10-24-2005. Only Romie Bishop stating on the record that he had the re-notice with him prevented the dismissal. William C. Carpenter clearly acts with prejudice.

18. William C. Carpenter has created a policy only for the Plaintiffs by requiring a caption page and certificate of service on letters to the Judge showing prejudice.

19. William C. Carpenter has not responded to the CIS sheet which notes that the Plaintiff Ken Caudill claims to be an underworld figure who has taken plane trips gambling to the Caribbean with Superior Court Judges. The Plaintiff pays only in cash over $ 100,000.00 that Romie D.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

Bishop has knowledge of to contractors of the Pool Job, Ken Caudill has been reported to the IRS for further investigation.

20. William C. Carpenter has committed a serious of acts both on and of the Bench, In and out of Court Hearings that when combined have denied the Plaintiffs their Federal Protected Constitutional rights to a fair and equal due process.

**Wherefore,** The Plaintiffs seek an award of unspecified damages both Punitive and compensatory. The Plaintiffs seek an order requiring the Defendant to run a full page retraction and open letter of apology to the Plaintiffs for the period of thirty days in the local paper known as the News Journal with the content being subject to review and approval by the Plaintiffs prior to the Run.

_____

Romie D. Bishop, Pro Se Defendan
2715 DuPont Pkw
Middletown, DE 1970
302-373-142
302-378-6024fa
Bishop 222@wmconnect.cor

Dated: 09-06-2005

_____

Shirley A. Bishop, Pro Se Defendar
2715 DuPont Pkw
Middletown, DE 1970
302-373-142
302-378-6024fa
Bishop 222@wmconnect.cor

Dated: 09-06-2005