IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROMIE D. BISHOP and SHIRLEY A. BISHOP, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 05-656 GMS ) |
| WILLIAM C. CARPENTER, JR. | ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 16th day of Sept., 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

United States District Judge

FILED

SEP 16 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE