IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

ORIGINAL

| | |
|---|---|
| ROMIE D. BISHOP <br> SHIRLEY A. BISHOP <br>    Plaintiff <br><br> V. <br> WILLIAM C. CARPENTER, JR <br><br>    Defendant | ) <br> ) <br> ) Civil Action **No.  1:05-cv-656 (GMS)** <br> ) <br> ) <br> ) Jury Trial <br> ) <br> ) <br> ) |

## NOTICE

PLEASE take notice that a **MOTION FOR AN ORDER TO STAY ALL CURRENT RPOCEEDSINGS CURRENTLY BEING ADJUDICATED AT 500 N. KING STREET, WILMINGTON DELAWARE 19810, SUPERIOR COURT CASE NUMBERS No. 04C-10-090 WCC, No. 04C-12-256 MMJ AND CCP CASE . 2005-7-370** was presented to the United States District Court for the Third District and willl be heard on _____, 2005 at 844 King Street Wilmington, DE 19801:

Friday, September 23, 2005

_____
Romie D. Bishop, Pro Se
Defendant
2715 DuPont Pkwy
Middletown, DE 19709
302-373-1424
302-378-6024fax
Bishop222@wmconnect.com

2005 SEP 23  PM 3: 08