IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

ORIGINAL

| | |
|---|---|
| ROMIE D. BISHOP | ) |
| SHIRLEY A. BISHOP | ) |
| Plaintiff | ) |
| | ) |
| | ) |
| V. | ) |
| WILLIAM C. CARPENTER, JR | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Civil Action **No. 05-656** (gms)

Jury Trial

## MOTION

### FOR AN ORDER TO STAY ALL CURRENT RPOCEEDSINGS CURRENTLY BEING

### ADJUDICATED AT 500 N. KING STREET, WILMINGTON DELAWARE 19810, SUPERIOR COURT

### CASE NUMBERS No. 04C-10-090 WCC, No. 04C-12-256 MMJ AND CCP CASE . 2005-7-370

Plaintiff Romie D. Bishop prays this Court Grant the above Motion and States

that he has complied with and herein meets the requirements to bring this Non-

Dispositive Motion.

2005 SEP 23 PM 3: 08

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

## Statement of effort to resolve

1. I Romie D. Bishop wrote William C. Carpenter requesting he remove him self, he has not responded, writing letter is a practice he has initiated.


2. I Romie D. Bishop caused Shirley A. Bishop to call the Capital Police Captain Jobbs. She was to enquire into if the past experience Romie received on 09-07-2005, consisting of

a.  he was followed around the Court House Building  by (5) five Officer's.

b. he was verbally harassed in an open Office with thirty court employees present.

c. he had his criminal record ran in an open Office with thirty court employees.

d. he was illegally detained.

e. his civil rights were denied by conspiracy involving Officers of the law to ask to be recognized in Court on the day of a properly scheduled Motion Hearing day, that was inappropriately removed from the calendar by the Court One (1) Business day prior to the Hearing.

Shirley Bishop was told the Officers acted appropriately giving Romie D. Bishop no reason to expect a change.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

## Statement of the Nature of the proceeding

Repeated Denial of Plaintiffs Due Process rights as listed on the civil cover sheet in this action. The Plaintiffs have had their rights violated, the question before the Court is why? William C. Carpenter actions are being questioned along with the reasons for the actions was he just acting out of prejudice against pro se's or was it for reasons brought to the attention of the Superior Court when the Plaintiff Filed his CIS in CA. No. 04C-10-090 WCC back in 2004.

Plaintiff Romie D. Bishop and his wife and her Company have been targeted by a group of co-conspirators acting for the purpose to financially ruin the Plaintiffs for personal reasons and to receive unfair compensation both in payment and/or services.

One of the groups leaders Kenneth Caudill is a night club owner who claims to have connections. Donald L. Gouge attorney is one.

Ken Caudill Night Club owner ( CA. NO. 04C-10-90 WCC ) has bragged to Romie and Sinex Pools Employees that he takes yearly gambling trips to the Caribbean with Superior Court Judges for the State of Delaware, Defendants requested any Judge that has taken a trip with Ken Caudill to recuse himself. This was noted in the original CIS Sheet.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

Ken Caudill Night club owner who pays with cash in the amount of $ 27,250.00

to Sinex Pools Inc. and well over $ 100,000.00 to other contractors on the same

job, and has claimed to be a underworld figure who has connections in the State

Police, County Police and the Court system. Ken bragged to Romie how he

prevailed in the criminal case brought by the State of Delaware regarding millions

of cash payments he claim's to have stolen from Motiva by selling sulfur train car

loads. This was noted in the original CIS Sheet.

Ken Caudill ( CA. NO. 04C-10-90 WCC ) was interviewed by two investigators

of the State Police Superintended, witnessed by Romie Bishop at Ken's home.

Then bragged to Romie about how he lied to them and what a drunk the

Superintend really was. This was noted in the original CIS Sheet.

Ken Caudill ( CA. NO. 04C-10-90 WCC ) has stated to Romie that Donald L.

Gouge is his boy, who will do anything to hurt anyone Ken sick's him on, while

discussing a problem. This was noted in the original CIS Sheet.

This may be just happenstance that the Superior Court Judge is so Bias toward a

figure such as Ken Caudill. It must be referred to the FBI for further investigation

given the history of cash payments by Ken Caudill to everyone else, cash

payments to every body involved.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

## ARGUEMENT

William C. Carpenter By his actions directly or indirectly on 09-07-2005 denied Romie

D. Bishop Civil Rights by Wrongly and with Malice of Forethought caused (5) uniformed Police

Officers to Appear in Court 8 D with the mission to prevent him from being heard on a day and

at a time for which his Motion to Dismiss was scheduled/Docketed to be heard. When Romie

rose and asked to be recognized by the Court the Officers immediately intervened with out any

request from the unknown ( fill in ) presiding Judge or the Bailiff to do so. The Officers had

entered after Romie D. Bishop, spoke to no one except Romie, forcing him to leave under the

threat of arrest if he did not. It had to have been pre rearranged The above listed events/acts have

made Romie D. Bishop Notorious and makes 500 N. King Street Wilm. , DE. 19810.  An

improper venue until the final disposition of the above listed action in this Court has been

adjudicated and the Plaintiff name and reputation has been restored.


William C. Carpenter By his actions directly or indirectly on 09-07-2005 denied Romie

D. Bishop Civil Rights by Wrongly and with Malice of Forethought caused (5) uniformed Police

Officers to follow him around the Court House from Court 8 D down the elevator to the Office

of the Prothonotary's were Two Officers harassed him while at the window clocking in a motion

in case **No. 04C-12-256 MMJ**  .  The Officers had escorted Romie D. Bishop to the Office and

all remained until Romie started writing down Officers names, three quickly exited the Office

and when Romie attempted to follow, requesting the names of his escorts Officer Bostic blocked

him, again under the threat of arrest Romie was ordered back to the Clerks window. A few

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

moments later Officer Quillen stormed in demanding Romie's Drivers License, stating "if you want my name I am going to run you for warrants", now over thirty Court employees have assembled to see what was what. When the Motion was clocked in Romie was done with his business he was detained wrongly by Officer Quillen who stated in front of all the personal " You're not going anywhere it is believed that all Employees had the same take on that statements meaning was a prelude to Romie's arrest, Officer Quillen left the room then again stormed back in Loudly claiming now that Romie had been harassing a Court Clerk, Romie denied that was true. but the damage Quillen did was done, Officer Quillen returned Romie's Drivers License minutes latter telling him to leave now and with two other Officers escorted him from the Building.

The above listed events/acts have made Romie D. Bishop Notorious and makes 500 N. King Street Wilmington , DE. 19810 an Improper venue until the final disposition of the above listed action in this Court.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

## CONISE STATEMENTS OF FACTS

1. Romie D. Bishop by no fault of his own has been made Notorious in and through out the Court House Located at 500 N. King St., Wilm. DE.

2. Romie D. Bishop can not enter the Court House Located at 500 N. King St., Wilm. DE. without reasonable cause to fear for his physical welling.

3. Romie D. Bishop can not enter the Court House Located at 500 N. King St., Wilm. DE. without reasonable cause to fear for his personnel freedom being taken away by a unlawful arrest.

4. The ACTS committed with malice of forethought by others designed TO DENY Romie D. Bishop his civil rights to a fair due process tilting the field with unfair burdens have been successfull ( making of him notorious ) and denial of the most basic civil rights make the process unfair.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

## ARGUMENT

Plaintiff Romie D. Bishop can not vigorously defend himself as required for justice to be served.

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

## CONCLUSION

Plaintiff herein requests a Stay off all proceedings listed above until this Court can adjudicate the very serious claims stated in the Compliant and herein.

Romie D. Bishop, Pro Se Defendant
2715 DuPont Pkwy
Middletown, DE 19709
302-373-1424
302-378-6024fax
Bishop 222@wmconnect.com

09-23-2005

IN THE UNITED STATES DISTRICT COURT FOR THE THIRD DISTRICT

| | | |
|---|---|---|
| ROMIE D. BISHOP | ) | |
| SHIRLEY A. BISHOP | ) | |
| Plaintiff | ) | Civil Action No. 05-656 (GmS) |
| | ) | |
| | ) | |
| V. | ) | Jury Trial |
| WILLIAM C. CARPENTER, JR | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

Acting Pro Se Romie D. Bishop Plaintiff hereby certifies that on Friday, September 23, 2005 one copy

of this within **MOTION FOR AN ORDER TO STAY ALL CURRENT PROCEEDSINGS CURRENTLY**

**BEING ADJUDICATED AT 500 N. KING STREET, WILMINGTON DELAWARE 19810, SUPERIOR**

**COURT CASE NUMBERS No. 04C-10-090 WCC, No. 04C-12-256 MMJ AND CCP CASE . 2005-7-**

**370 was** served by hand TO the Following:

William C. Carpenter, Jar
500 N. King St, STE 10400
Wilmington, DE 19801

Friday, September 23, 2005

Romie D. Bishop, Pro Se
Defendant
2715 DuPont Pkwy
Middletown, DE 19709
302-373-1424
302-378-6024fax
Bishop222@wmconnect.com

Sworn to and subscribed before me Friday, September 23, 2005 _Carol L Moser_

Notary Public in and for New Castle County, DE. My term expires _____

CAROL L. MOSER
NOTARY PUBLIC DELAWARE
My Commission Expires Feb. 19, 2009

Page 1 of 1